**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1 LTD., TRIAXX PRIME CDO 2006-2 LTD., TRIAXX PRIME CDO 2007-1 LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; LLOYDS BANKING GROUP PLC; THE NORINCHUKIN BANK; PORTIGON AG; ROYAL BANK OF CANADA; THE ROYAL BANK OF SCOTLAND PLC; THE ROYAL BANK OF SCOTLAND GROUP PLC; SOCIÉTÉ GÉNÉRALE, S.A.; UBS AG; WESTLB AG; WESTDEUTSCHE IMMOBILIENBANK AG, <br><br> Defendants. | Case No. 1:14-cv-00146-NRB <br><br> MDL No. 2262 <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

   Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Derek W. Loeser, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Triaxx Prime CDO 2006-1 LTD., Triaxx Prime CDO 2006-2 LTD., and Triaxx Prime CDO 2007-1 LTD in the above-captioned action.

   I am in good standing of the bar or the state of Washington and there are no pending disciplinary proceedings against me in any state or federal court.

1

DATED: Seattle, Washington
         March 17, 2014

         Respectfully Submitted,

         /s/    Derek W. Loeser

Derek W. Loeser
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900, Fax (206) 623-3384
dloeser@kellerrohrback.com

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION ) BAR NO. 24274
)
OF ) **CERTIFICATE OF**
) **GOOD STANDING**
DEREK WILLIAM LOESER )
)
TO PRACTICE IN THE COURTS OF THIS STATE )
)

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

DEREK WILLIAM LOESER

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 15, 1994, and is now and has continuously since that date been an attorney in good standing, with a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 21st day of February, 2014.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1 LTD., TRIAXX PRIME CDO 2006-2 LTD., TRIAXX PRIME CDO 2007-1 LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; LLOYDS BANKING GROUP PLC; THE NORINCHUKIN BANK; PORTIGON AG; ROYAL BANK OF CANADA; THE ROYAL BANK OF SCOTLAND PLC; THE ROYAL BANK OF SCOTLAND GROUP PLC; SOCIÉTÉ GÉNÉRALE, S.A.; UBS AG; WESTLB AG; WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>Defendants. | Case No. 1:14-cv-00146-NRB<br><br>MDL No. 2262<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion Derek W. Loeser, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Washington; and that his contact information is as follows:

Derek W. Loeser

Keller Rohrback L.L.P.

1201 Third Avenue, Suite 3200

Seattle, Washington 98101

1

(206) 623-1900, Fax (206) 623-3384

dloeser@kellerrohrback.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Triaxx Prime CDO 2006-1 LTD., Triaxx Prime CDO 2006-2 LTD., and Triaxx Prime CDO 2007-1 LTD in the above entitled actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____ _____

United States District / Magistrate Judge