AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| TRIAXX PRIME CDO 2006-1 LTD, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:14-cv-00146-NRB |
| BANK OF AMERICA CORPORATION, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

  Plaintiffs Triaxx Prime CDO 2006-1 Ltd, Triaxx Prime CDO 2006-2 Ltd, and Triaxx Prime CDO 2007-1 Ltd   .

Date:        08/11/2014

/s/ David S. Preminger
*Attorney's signature*

David S. Preminger, DP-1057
*Printed name and bar number*

Keller Rohrback L.L.P.
1140 Avenue of the Americas, Ninth Floor
New York, NY 10036

*Address*

dpreminger@kellerrohrback.com
*E-mail address*

(646) 380-6690
*Telephone number*

(646) 380-6692
*FAX number*