UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Triaxx Prime CDO 2006-1 LTD, et al. v. Bank of America Corp., et al.*, Case No. 14-cv-146-NRB. | Master File No. 1:11-md-2262-NRB<br><br>Case No. 14-cv-146-NRB<br><br>**ECF Case** |

PLEASE TAKE NOTICE that Steven Wolowitz, an attorney duly admitted to practice before this court and a member of the law firm Mayer Brown LLP, hereby appears in the above-captioned action as counsel for Defendant Société Générale.

DATED:  New York, New York
November 3, 2014

                              MAYER BROWN LLP

                              By:  /s/ Steven Wolowitz
                                    Steven Wolowitz
                                    1675 Broadway
                                    New York, New York 10019
                                    Tel: (212) 506-2500
                                    Fax: (212) 262-1910
                                    swolowitz@mayerbrown.com

                              *Attorneys for Defendant Société Générale*