UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Triaxx Prime CDO 2006-1 LTD, et al. v. Bank of America Corp., et al.*, Case No. 14-cv-146-NRB. | Master File No. 1:11-md-2262-NRB<br><br>Case No. 14-cv-146-NRB<br><br>**ECF Case** |

## DEFENDANT SOCIÉTÉ GÉNÉRALE'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Société Générale states as follows:

1. Société Générale has no parent company, and no publicly-held corporation holds 10% or more of its stock.

DATED: New York, New York
November 3, 2014

                                              MAYER BROWN LLP

                                              By:  /s/ Steven Wolowitz
                                                       Steven Wolowitz
                                                       Henninger S. Bullock
                                                       Andrew J. Calica
                                                       1675 Broadway
                                                       New York, New York 10019
                                                       Tel: (212) 506-2500
                                                       Fax: (212) 262-1910
                                                       swolowitz@mayerbrown.com
                                                       hbullock@mayerbrown.com
                                                       acalica@mayerbrown.com

                                              *Attorneys for Defendant Société Générale*