UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1 LTD., et al.,<br><br>                Plaintiffs,<br><br>                  v.<br><br>BANK OF AMERICA CORP., et al.,<br><br>                Defendants. | No. 14-Civ-00146-NRB<br><br>MDL No. 2262<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       Please enter my appearance as counsel in this case to defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.

       I certify that I am admitted to practice before this court.

Dated:  Washington, D.C.         Respectfully submitted,
         November 4, 2014

                                              s/ Daryl A. Libow
                                            Daryl A. Libow
                                            SULLIVAN & CROMWELL LLP
                                            1700 New York Avenue, N.W.
                                            Suite 700
                                            Washington, D.C. 20006-5866
                                            libowd@sullcrom.com
                                            Tel: (202) 956-7650
                                            Fax: (202) 956-6973
                                            *Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*