UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1 LTD., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BANK OF AMERICA CORP., et al.,<br><br>　　　　　　　Defendants. | No. 14-Civ-00146-NRB<br><br>MDL No. 2262<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　　　Please enter my appearance as counsel in this case to defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.

　　　　I certify that I am admitted to practice before this court.

Dated:　Washington, D.C.　　　　　　Respectfully submitted,
　　　　November 4, 2014

　　　　　　　　　　　　　　　　　　s/ Christopher M. Viapiano
　　　　　　　　　　　　　　　　　　Christopher M. Viapiano
　　　　　　　　　　　　　　　　　　SULLIVAN & CROMWELL LLP
　　　　　　　　　　　　　　　　　　1700 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　　Washington, D.C. 20006-5866
　　　　　　　　　　　　　　　　　　viapianoc@sullcrom.com
　　　　　　　　　　　　　　　　　　Tel: (202) 956-7650
　　　　　　　　　　　　　　　　　　Fax: (202) 956-6973
　　　　　　　　　　　　　　　　　　*Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*