UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1 LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., et al., <br><br> Defendants. | No. 14-Civ-00146-NRB <br><br> MDL No. 2262 <br><br> ECF Case <br><br> **CORPORATE DISCLOSURE STATEMENT OF THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.** |

      Pursuant to Federal Rule of Civil Procedure 7.1, defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. is a wholly owned subsidiary of Mitsubishi UFJ Financial Group, Inc. ("MUFG").  MUFG is a publicly held corporation; no publicly held company owns 10% or more of MUFG's stock.

Dated: Washington, D.C.
       November 4, 2014

Respectfully submitted,

s/ Daryl A. Libow
Daryl A. Libow
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006-5866
libowd@sullcrom.com
Tel: (202) 956-7650
Fax: (202) 956-6973

*Attorneys for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*