UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1 LTD; TRIAXX PRIME CDO 200-2 LTD; and TRIAXX PRIME CDO 2007-1 LTD,<br><br>     Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, NA; BANK OF TOKYO-MITSUBISHI UFJ, LTD., BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK NA; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK NA; LLOYDS BANKING GROUP PLC; NORINCHUKIN BANK; PORTIGON AG; ROYAL BANK OF CANADA; ROYAL BANK OF SCOTLAND GROUP PLC; SOCIÉTÉ GÉNÉRALE, SA; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>     Defendants | MDL No. 2262<br>Master File No. 1:11-md-2262-NRB<br><br>Case No. 1:14-cv-00146-NRB<br><br>**NOTICE OF APPEARANCE<br>CHRISTOPHER M. PAPARELLA** |

    PLEASE TAKE NOTICE that CHRISTOPHER M. PAPARELLA of the law firm of

Hughes Hubbard & Reed LLP, who is a member in good standing of the bar of this Court,

hereby appears as counsel of record for Westdeutsche ImmobilienBank AG, a defendant in the

above-captioned matters, and requests that copies of all papers and notices in the above-captioned action be served on the undersigned at the address stated below.[1]

Dated:   New York, New York
         November 10, 2014

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By:   /s/ Christopher M. Paparella
      Christopher M. Paparella
      Chris.Paparella@hugheshubbard.com

One Battery Park Plaza
New York, New York 10004-1482
Tel.  (212) 837-6644
Fax.  (212) 422-4726

*Counsel for Defendant
Westdeutsche ImmobilienBank AG*

---

[1] In filing this Notice of Appearance, Westdeutsche ImmobilienBank AG does not waive any objections to forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2014, I caused the foregoing Notice of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:     New York, New York                      /s/ Christopher M. Paparella
             November 10, 2014                       Christopher M. Paparella