**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1 LTD; TRIAXX PRIME CDO 200-2 LTD; and TRIAXX PRIME CDO 2007-1 LTD, | MDL No. 2262 Master File No. 1:11-md-2262-NRB |
| Plaintiffs, | Case No. 1:14-cv-00146-NRB |
| v. | |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, NA; BANK OF TOKYO-MITSUBISHI UFJ, LTD., BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK NA; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK NA; LLOYDS BANKING GROUP PLC; NORINCHUKIN BANK; PORTIGON AG; ROYAL BANK OF CANADA; ROYAL BANK OF SCOTLAND GROUP PLC; SOCIÉTÉ GÉNÉRALE, SA; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG, | |
| Defendants | |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
### WESTDEUTSCHE IMMOBILIENBANK AG

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for

Defendant Westdeutsche ImmobilienBank AG ("WestImmo") certifies as follows:

1. WestImmo is a wholly-owned subsidiary of Erste Abwicklungsanstalt, ("EAA"), a

   structurally and financially independent public law entity operating under the umbrella of

   the Financial Market Stabilisation Authority (Bundesanstalt für

   Finanzmarktstabilisierung-FMSA).

2

2.  No publicly held corporation owns 10% or more of WestImmo's stock.


Dated:        New York, New York            Respectfully submitted,
              November 10, 2014

                                            HUGHES HUBBARD & REED LLP

                                            By:    /s/ Christopher M. Paparella
                                                   Christopher M. Paparella
                                                   Chris.Paparella@hugheshubbard.com


                                            One Battery Park Plaza
                                            New York, New York 10004-1482
                                            Tel.   (212) 837-6644
                                            Fax.   (212) 299-6894

                                            *Counsel for Defendant*
                                            *Westdeutsche ImmobilienBank AG*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2014, I caused the foregoing Rule 7.1 Corporate

Disclosure Statement to be served via the Electronic Case Filing (ECF) system in the United

States District Court for the Southern District of New York, on all parties registered for CM/ECF

in the above-captioned matter.


Dated:          New York, New York                    /s/ Christopher M. Paparella
                November 10, 2014                     Christopher M. Paparella