**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1 LTD; TRIAXX PRIME CDO 200-2 LTD; and TRIAXX PRIME CDO 2007-1 LTD, | MDL No. 2262 Master File No. 1:11-md-2262-NRB |
| Plaintiffs, | |
| v. | Case No. 1:14-cv-00146-NRB |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, NA; BANK OF TOKYO-MITSUBISHI UFJ, LTD., BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK NA; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK NA; LLOYDS BANKING GROUP PLC; NORINCHUKIN BANK; PORTIGON AG; ROYAL BANK OF CANADA; ROYAL BANK OF SCOTLAND GROUP PLC; SOCIÉTÉ GÉNÉRALE, SA; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG, | **NOTICE OF APPEARANCE**<br>**MARC A. WEINSTEIN** |
| Defendants | |

---

PLEASE TAKE NOTICE that MARC A. WEINSTEIN of the law firm of Hughes

Hubbard & Reed LLP, who is a member in good standing of the bar of this Court, hereby

appears as counsel of record for Westdeutsche ImmobilienBank AG, a defendant in the above-

captioned matters, and requests that copies of all papers and notices in the above-captioned

action be served on the undersigned at the address stated below.[1]


Dated:          New York, New York                    Respectfully submitted,
                November 10, 2014

                                                      HUGHES HUBBARD & REED LLP

                                                      By:     /s/ Marc A. Weinstein
                                                            Marc A. Weinstein
                                                            Marc.Weinstein@hugheshubbard.com


                                                      One Battery Park Plaza
                                                      New York, New York 10004-1482
                                                      Tel.   (212) 837-6460
                                                      Fax.   (212) 422-4726

                                                      *Counsel for Defendant*
                                                      *Westdeutsche ImmobilienBank AG*

---

[1]     In filing this Notice of Appearance, Westdeutsche ImmobilienBank AG does not waive any objections to
forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure,
and any other applicable law or rule, in this matter.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 10, 2014, I caused the foregoing Notice of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:      New York, New York                    /s/ Marc A. Weinstein
            November 10, 2014                      Marc A. Weinstein