UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1 LTD; TRIAXX PRIME CDO 200-2 LTD; and TRIAXX PRIME CDO 2007-1 LTD,<br><br>                Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, NA; BANK OF TOKYO-MITSUBISHI UFJ, LTD., BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK NA; COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK NA; LLOYDS BANKING GROUP PLC; NORINCHUKIN BANK; PORTIGON AG; ROYAL BANK OF CANADA; ROYAL BANK OF SCOTLAND GROUP PLC; SOCIETE GENERALE, SA; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>                Defendants | MDL No. 2262<br>Master File No. 1:11-md-2262-NRB<br><br>Case No. 1:14-cv-00146-NRB<br><br><br>**NOTICE OF APPEARANCE**<br>**MORGAN J. FEDER** |

       PLEASE TAKE NOTICE that MORGAN J. FEDER of the law firm of Hughes Hubbard & Reed LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Westdeutsche ImmobilienBank AG, a defendant in the above-captioned

matters, and requests that copies of all papers and notices in the above-captioned action be served on the undersigned at the address stated below.[1]

Dated: New York, New York
November 10, 2014

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ Morgan J. Feder
Morgan J. Feder
Morgan.Feder@hugheshubbard.com

One Battery Park Plaza
New York, New York 10004-1482
Tel.   (212) 837-6894
Fax.   (212) 422-4726

*Counsel for Defendant*
*Westdeutsche ImmobilienBank AG*

---

[1] In filing this Notice of Appearance, Westdeutsche ImmobilienBank AG does not waive any objections to forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2014, I caused the foregoing Notice of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

Dated:    New York, New York        /s/ Morgan J. Feder
           November 10, 2014         Morgan J. Feder