UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
|---|---|
| THIS DOCUMENT RELATES TO: | Master File No. 1:11-md-2262-NRB ECF Case |
| FTC CAPITAL GMBH, ET AL. V. CREDIT SUISSE GROUP AG, ET AL. | No. 11-cv-2613 |
| MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL. V. BANK OF AMERICA CORPORATION, ET AL. | No. 11-cv-5450 |
| GELBOIM V. CREDIT SUISSE GROUP AG, ET AL. | No. 12-cv-1025 |
| CITY OF RIVERSIDE, ET AL. V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-0597 |
| COUNTY OF SAN MATEO, ET AL. V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-0625 |
| EAST BAY MUNICIPAL UTILITY DISTRICT V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-0626 |
| CITY OF RICHMOND, ET AL. V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-0627 |
| COUNTY OF SAN DIEGO V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-0667 |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL. V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-5186 |
| COUNTY OF SONOMA, ET AL. V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-5187 |
| SAN DIEGO ASSOCIATION OF GOVERNMENTS V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-5221 |
| COUNTY OF SACRAMENTO V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-5569 |
| COUNTY OF MENDOCINO V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-8644 |
| AMABILE, ET AL. V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-1700 |
| THE FEDERAL HOME LOAN MORTGAGE CORPORATION V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-3952 |
| CITY OF HOUSTON V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-5616 |
| PRINCIPAL FUNDS, INC., ET AL. V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-6013 |

| | |
|---|---|
| PRINCIPAL FINANCIAL GROUP, INC., ET AL. V. BANK OF AMERICA CORPORATION, ET AL. | No. 13-cv-6014 |
| THE CHARLES SCHWAB CORP. ET AL. V. BANK OF AM. ET AL. | No. 13-cv-7005 |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD V. CREDIT SUISSE GROUP AG, ET AL. | No. 13-cv-7394 |
| TRIAXX PRIME CDO 2006-1 LTD., ET AL. V. BANK OF AMERICA CORPORATION, ET AL. | No. 14-cv-0146 |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMCORE BANK, ET AL. | No. 14-cv-1757 |
| BAY AREA TOLL AUTHORITY V. BANK OF AMERICA CORPORATION, ET AL. | No. 14-cv-3094 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that BENJAMIN A. FLEMING of the law firm of Hogan Lovells US LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Lloyds Banking Group plc, Lloyds Bank plc (formerly known as Lloyds TSB Bank plc) and HBOS plc in the above-captioned actions and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated: New York, New York
November 19, 2014

HOGAN LOVELLS US LLP

     /s/ Benjamin A. Fleming
Benjamin A. Fleming
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
benjamin.fleming@hoganlovells.com

*Attorneys for Lloyds Banking Group plc, Lloyds Bank plc (formerly known as Lloyds TSB Bank plc) and HBOS plc*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

Dated: November 19, 2014                              /s/ Benjamin A. Fleming  
                                                                  Benjamin A. Fleming