# KELLER ROHRBACK L.L.P.

LAURIE B. ASHTON ①⑤❽
IAN S. BIRK
JAMES A. BLOOM ①❽
STEPHEN R. BOATWRIGHT ①❽
KAREN E. BOXX
GRETCHEN FREEMAN CAPPIO
ALISON CHASE ①④❽
T. DAVID COPLEY ③
ALICIA M. CORBETT ①❽
ROB J. CRICHTON ❷
DANIEL A. DECHESARO ①❽
MAUREEN M. FALECKI
JULI FARRIS ④
RAYMOND J. FARROW
ERIC J. FIERRO ①❽
ALISON S. GAFFNEY
GLEN P. GARRISON ⑥
LAURA R. GERBER
MATTHEW M. GEREND
GARY A. GOTTO ①❽

BENJAMIN GOULD ④
CHRISTOPHER GRAVER ①❽
MEREDITH L. GRAY ❷
GARY D. GREENWALD ①④❽
MARK A. GRIFFIN ③
AMY N.L. HANSON
IRENE M. HECHT
SCOTT C. HENDERSON
MICHAEL G. HOWARD
KHESRAW KARMAND ②❽
DEAN N. KAWAMOTO ④⑥
RON KILGARD ①❷⑥❽
KATHRYN M. KNUDSEN
DAVID J. KO
ERIC R. LALIBERTE
BENJAMIN J. LANTZ
LUKE M. LARIVIERE
CARI CAMPEN LAUFENBERG
ELIZABETH A. LELAND
MICHAEL M. LICATA

TANA LIN ⑦⑨⑥
DEREK W. LOESER
HOLLY E. LYNCH
RYAN MCDEVITT
DANIEL MENSHER ❸
IAN J. MENSHER
GRETCHEN S. OBRIST
ROBERT S. OVER
DAVID S. PREMINGER ①❽
MATTHEW J. PREUSCH ②❸❽
ERIN M. RILEY
ISAAC RUIZ
DAVID J. RUSSELL
MARK D. SAMSON ①⑥❽
LYNN LINCOLN SARKO ⑥⑦
WILLIAM C. SMART
THOMAS A. STERKEN
BETH M. STROSKY
KARIN B. SWOPE
PAUL A. TONELLA

HAVILA C. UNREIN ④⑩
MARGARET E. WETHERALD ❸
AMY WILLIAMS-DERRY
MICHAEL WOERNER
BENSON D. WONG
DIANA M. ZOTTMAN ③

① ADMITTED IN ARIZONA
② ADMITTED IN CALIFORNIA
③ ALSO ADMITTED IN ARIZONA
④ ALSO ADMITTED IN CALIFORNIA
⑤ ALSO ADMITTED IN COLORADO
⑥ ALSO ADMITTED IN IDAHO
⑦ ALSO ADMITTED IN ILLINOIS
⑧ ALSO ADMITTED IN MARYLAND
⑨ ALSO ADMITTED IN MICHIGAN
⑩ ALSO ADMITTED IN MONTANA
❶ ADMITTED IN NEW YORK
❷ ALSO ADMITTED IN NEW YORK
❸ ALSO ADMITTED IN OREGON
❹ ALSO ADMITTED IN OHIO
❺ ALSO ADMITTED IN TEXAS
❻ ALSO ADMITTED IN WASHINGTON, D.C
❼ ALSO ADMITTED IN WISCONSIN
❽ NOT ADMITTED IN WASHINGTON

January 16, 2015

Honorable Naomi Reice Buchwald
United States District Court Judge
USDC for the Southern District of New York
500 Pearl Street, Room 2270
New York, NY  10007

  Re: *In re LIBOR-Based Financial Instruments Antitrust Litigation*, No. 11-md-2262 & *Triaxx Prime CDO 2006-1 Ltd., et al. v. Bank of America Corp., et al.*, No. 14-cv-146

## VIA ECF & HAND DELIVERY

Dear Judge Buchwald:

  I write to request that the case captioned *Triaxx Prime CDO 2006-1 Ltd., et al. v. Bank of America., Corp et al.*, No. 14-cv-146 (the "*Triaxx* Action") be formally included in the pending multi-district litigation proceeding *In re LIBOR-Based Financial Instruments Antitrust Litigation*, MDL No. 2262 ("LIBOR MDL").

  In early January 2014, after the *Triaxx* Action was removed to federal court, Defendants filed a Related Case Statement (Docket No. 2) indicating that this case was related to the *City of Baltimore* Action (No. 11-cv-5450) and should be included in the LIBOR MDL.  The case was accepted as related to the *City of Baltimore* Action and was assigned to Your Honor.

  We now understand from the Clerk's office that the *City of Baltimore* Action has actually not been formally included in the LIBOR MDL, and hence the *Triaxx* Action is not part of the LIBOR MDL.  As indicated by the Related Case Statement, the *Triaxx* Action raises similar issues to those raised by the other Direct Action Plaintiffs in the LIBOR MDL.  The *Triaxx* Action is subject to some of the omnibus motions to dismiss filed by Defendants in the LIBOR MDL, and Triaxx has joined the omnibus opposition briefs filed by Direct Action Plaintiffs.

Naomi Reice Buchwald
January 16, 2015
Page 2

**KELLER ROHRBACK L.L.P.**

   In light of this, we respectfully request that Your Honor issue an order directing that the *Triaxx* Action be marked as related to the LIBOR MDL, and directing the Clerk of Court to make such docket entries as are appropriate to create an association between the *Triaxx* Action and 1:11-md-02262-NRB. We have consulted with Defendants in the *Triaxx* Action and they support this request.

         Sincerely yours,

         *s/ David S. Preminger*
         David S. Preminger

         *Counsel for the Triaxx Plaintiffs*

DSP:dk