MEMO ENDORSED    MEMO ENDORSED
Case 1:11-md-02262-NRB   Document 990   Filed 01/21/15   Page 1 of 2
Case 1:14-cv-00146-NRB   Document 84   Filed 01/16/15   Page 1 of 2

# KELLER ROHRBACK L.L.P.

| | | | |
|---|---|---|---|
| LAURIE B. ASHTON ①⑤❽ | BENJAMIN GOULD ④ | TANA LIN ⑦⑨❻ | HAVILA C. UNREIN ④⑩ |
| IAN S. BIRK | CHRISTOPHER GRAVER ①❽ | DEREK W. LOESER | MARGARET E. WETHERALD ❸ |
| JAMES A. BLOOM ①❽ | MEREDITH L. GRAY ❷ | HOLLY E. LYNCH | AMY WILLIAMS-DERRY |
| STEPHEN R. BOATWRIGHT ①❽ | GARY D. GREENWALD ①④❽ | RYAN McDEVITT | MICHAEL WOERNER |
| KAREN E. BOXX | MARK A. GRIFFIN ③ | DANIEL MENSHER ❽ | BENSON D. WONG |
| GRETCHEN FREEMAN CAPPIO | AMY N.L. HANSON | IAN J. MENSHER | DIANA M. ZOTTMAN ③ |
| ALISON CHASE ①④❽ | IRENE M. HECHT | GRETCHEN S. OBRIST | |
| T. DAVID COPLEY ③ | SCOTT C. HENDERSON | ROBERT S. OVER | [1] ADMITTED IN ARIZONA |
| ALICIA M. CORBETT ①❽ | MICHAEL G. HOWARD | DAVID S. PREMINGER ①❽ | [2] ADMITTED IN CALIFORNIA |
| BOB J. CRICHTON ❷ | KHESRAW KARMAND ②❽ | MATTHEW J. PREUSCH ②❸❽ | [3] ALSO ADMITTED IN ARIZONA |
| DANIEL A. DeCHIESARO ①❽ | DEAN N. KAWAMOTO ④❻ | ERIN M. RILEY | [4] ALSO ADMITTED IN CALIFORNIA |
| MAUREEN M. FALECKI | RON KILGARD ①❷❻❽ | ISAAC RUIZ | [5] ALSO ADMITTED IN COLORADO |
| JULI FARRIS ④ | KATHRYN M. KNUDSEN | DAVID J. RUSSELL | [6] ALSO ADMITTED IN IDAHO |
| RAYMOND J. FARROW | DAVID J. KO | MARK D. SAMSON ①❻❽ | [7] ALSO ADMITTED IN ILLINOIS |
| ERIC J. FIERRO ①❽ | ERIC R. LALIBERTE | LYNN LINCOLN SARKO ❻❼ | [8] ALSO ADMITTED IN MARYLAND |
| ALISON S. GAFFNEY | BENJAMIN J. LANTZ | WILLIAM C. SMART | [9] ALSO ADMITTED IN MICHIGAN |
| GLEN P. GARRISON ⑥ | LUKE M. LaRIVIERE | THOMAS A. STERKEN | [10] ALSO ADMITTED IN MONTANA |
| LAURA R. GERBER | CARI CAMPEN LAUFENBERG | BETH M. STROSKY | ❶ ADMITTED IN NEW YORK |
| MATTHEW M. GEREND | ELIZABETH A. LELAND | KARIN B. SWOPE | ❷ ALSO ADMITTED IN NEW YORK |
| GARY A. GOTTO ①❽ | MICHAEL M. LICATA | PAUL A. TONELLA | ❸ ALSO ADMITTED IN OREGON |
| | | | ❹ ALSO ADMITTED IN OHIO |
| | | | ❺ ALSO ADMITTED IN TEXAS |
| | | | ❻ ALSO ADMITTED IN WASHINGTON, D.C. |
| | | | ❼ ALSO ADMITTED IN WISCONSIN |
| | | | ❽ NOT ADMITTED IN WASHINGTON |

January [ ]



Honorable Naomi Reice Buchwald
United States District Court Judge
USDC for the Southern District of New York
500 Pearl Street, Room 2270
New York, NY 10007

    Re:    *In re LIBOR-Based Financial Instruments Antitrust Litigation*, No. 11-md-2262 & *Triaxx Prime CDO 2006-1 Ltd., et al. v. Bank of America Corp., et al.*, No. 14-cv-146

**VIA ECF & HAND DELIVERY**

Dear Judge Buchwald:

    I write to request that the case captioned *Triaxx Prime CDO 2006-1 Ltd., et al. v. Bank of America., Corp et al.*, No. 14-cv-146 (the "*Triaxx* Action") be formally included in the pending multi-district litigation proceeding *In re LIBOR-Based Financial Instruments Antitrust Litigation*, MDL No. 2262 ("LIBOR MDL").

    In early January 2014, after the *Triaxx* Action was removed to federal court, Defendants filed a Related Case Statement (Docket No. 2) indicating that this case was related to the *City of Baltimore* Action (No. 11-cv-5450) and should be included in the LIBOR MDL. The case was accepted as related to the *City of Baltimore* Action and was assigned to Your Honor.

    We now understand from the Clerk's office that the *City of Baltimore* Action has actually not been formally included in the LIBOR MDL, and hence the *Triaxx* Action is not part of the LIBOR MDL. As indicated by the Related Case Statement, the *Triaxx* Action raises similar issues to those raised by the other Direct Action Plaintiffs in the LIBOR MDL. The *Triaxx* Action is subject to some of the omnibus motions to dismiss filed by Defendants in the LIBOR MDL, and Triaxx has joined the omnibus opposition briefs filed by Direct Action Plaintiffs.

Naomi Reice Buchwald  
January 16, 2015  
Page 2

**KELLER ROHRBACK L.L.P.**

MEMO ENDORS[ED]

In light of this, we respectfully request that Your Honor issue an order directing that the *Triaxx* Action be marked as related to the LIBOR MDL, and directing the Clerk of Court to make such docket entries as are appropriate to create an association between the *Triaxx* Action and 1:11-md-02262-NRB. We have consulted with Defendants in the *Triaxx* Action and they support this request.

So Ordered

Buchwald, USDJ
1/21/15

Sincerely yours,

*s/ David S. Preminger*  
David S. Preminger

*Counsel for the Triaxx Plaintiffs*

DSP:dk