UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Triaxx Prime CDO 2006-LTD., et al v. Bank of America Corporation, et al.*, Case No. 1:14-cv-00146 | Case No. 1:11-md-2262-NRB<br><br>ECF CASE |

**PLAINTIFFS TRIAXX PRIME CDO 2006-1 LTD., TRIAXX PRIME CDO 2006-2 LTD., AND TRIAXX PRIME CDO 2007-1 LTD. CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiffs Triaxx Prime CDO 2006-1 LTD., Triaxx Prime CDO 2006-2 LTD., and Triaxx Prime CDO 2007-1 LTD., hereby certify that they do not have a corporate parent and a publicly held corporation does not own 10% or more of their stock.

DATED:  Seattle, WA
January 29, 2015

Respectfully submitted,

/s/ Derek W. Loeser
David S. Preminger (DP 1057)
Keller Rohrback L.L.P.
1440 Avenue of the Americas
New York, NY 10036
Telephone: (646) 380-66908
Facsimile: (646) 380-6692
dpreminger@kellerrohrback.com

Derek W. Loeser
Dean N. Kawamoto (232032)
Raymond J. Farrow
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384
dloeser@kellerrohrback.com

1

dkawamoto@kellerrohrback.com
rfarrow@kellerrohrback

Gary A. Gotto
Keller Rohrback, L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone:  (602) 248-0088
Facsimile:  (602) 248-2822
ggotto@kellerrohrback.com

***Attorneys for Plaintiffs Triaxx***

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 29, 2015, I caused the foregoing Corporate Disclosure Statement to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned matter.

| | | |
|---|---|---|
| Dated: | Seattle, WA<br>January 29, 2015 | /s/ Derek W. Loeser<br>Derek W. Loeser |