UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1 LTD., TRIAXX PRIME CDO 2006-2 LTD., TRIAXX PRIME CDO 2007-1 LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; LLOYDS BANKING GROUP PLC; THE NORINCHUKIN BANK; PORTIGON AG; ROYAL BANK OF CANADA; THE ROYAL BANK OF SCOTLAND PLC; THE ROYAL BANK OF SCOTLAND GROUP PLC; SOCIÉTÉ GÉNÉRALE, S.A.; UBS AG; WESTLB AG; WESTDEUTSCHE IMMOBILIENBANK AG, <br><br> Defendants. | Case No. 1:14-cv-00146-NRB <br><br> MDL No. 2262 <br><br> **ORDER FOR ADMISSION PRO HAC VICE** <br><br>  USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: <br> DATE FILED: 02/09/2015 |

The motion Derek W. Loeser, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Washington; and that his contact information is as follows:

Derek W. Loeser

Keller Rohrback L.L.P.

1201 Third Avenue, Suite 3200

Seattle, Washington 98101

(206) 623-1900, Fax (206) 623-3384

dloeser@kellerrohrback.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Triaxx Prime CDO 2006-1 LTD., Triaxx Prime CDO 2006-2 LTD., and Triaxx Prime CDO 2007-1 LTD in the above entitled actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 5, 2015

United States District / Magistrate Judge

2