UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Triaxx Prime CDO 2006-1 Ltd., et al
                    Plaintiff,

Case No. 1:14-cv-00146

-against-

Bank of America Corporation, et al
                    Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Mark D. Villaverde**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MV9439     My State Bar Number is 4229233

I am,
- [✓] An attorney
- [ ] A Government Agency attorney
- [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
                   FIRM ADDRESS: 1 Chase Manhattan Plaza, New York, NY 10005
                   FIRM TELEPHONE NUMBER: 212-530-5000
                   FIRM FAX NUMBER: 212-530-5219

NEW FIRM:    FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
                   FIRM ADDRESS: 28 Liberty Street, New York, NY 10005
                   FIRM TELEPHONE NUMBER: 212-530-5000
                   FIRM FAX NUMBER: 212-530-5219

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 15, 2015

_____
ATTORNEY'S SIGNATURE