UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIAXX PRIME CDO 2006-1, LTD., et al.,<br><br>Plaintiffs,<br><br>- against –<br><br>BANK OF AMERICA CORPORATION, et al.<br><br>Defendants. | Case No. 14-cv-00146 (NRB)<br><br>**NOTICE OF CHANGE OF NAME AND AMENDED CORPORATE DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE that effective January 1, 2016, Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. became known as Coöperatieve Rabobank U.A.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Coöperatieve Rabobank U.A. ("Rabobank") certifies as follows: Rabobank has no parent corporation, and no publicly held corporation owns 10% or more of Rabobank.

Dated: New York, New York
February 2, 2016

MILBANK, TWEED, HADLEY & MCCLOY LLP

By: /s/ David R. Gelfand

David R. Gelfand
Sean M. Murphy
Mark D. Villaverde
28 Liberty Street
New York, New York 10005-1413
(212) 530-5000
(212) 822-5219 (facsimile)
DGelfand@milbank.com
SMurphy@milbank.com
MVillaverde@milbank.com

*Counsel for Defendant Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.)*